**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHERYL A. HOLLAND,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil No. 3:14-CV-2964-K |
| | § | |
| **CAROLYN W. COLVIN, ACTING** | § | |
| **COMMISSIONER OF THE SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| **Defendant.** | § | |

**ORDER**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court. Plaintiff's Objections filed on September 14, 2015, are **OVERRULED**.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the decision of the Commissioner is **AFFIRMED**.

SO ORDERED.

Signed September 15th, 2015.

_Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE